# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### CASE NO. 1:13-cv-00590-JAB-JEP

| | | |
|---|---|---|
| JAMES VECCHIONE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SEARCH AMERICA AKA EXPERIAN HEALTH CARE, | ) ) ) | |
| Defendant. | ) ) | |

COME NOW Plaintiff James Vecchione and Defendant Search America, Inc. a/k/a Experian Health Care ("Search America"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate that all claims herein against Search America are dismissed with prejudice, with each party to bear its own fees and costs.

This 6 day of January, 2014.

James Vecchione *Pro Se*
3520 Kangaroo Dr.
P.O. Box 2725
Durham, NC 27715

*Pro Se Plaintiff*

/s/ Pearlynn G. Houck
Julian H. Wright, Jr.
N.C. State Bar No. 19345
jwright@rbh.com
Pearlynn G. Houck
N.C. State Bar No. 36364
phouck@rbh.com

**ROBINSON BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: 704.377.2536
Facsimile: 704.378.4000

*Attorneys for Defendant Search America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system.  I further certify that on the above-referenced date, I served the Plaintiff by United States mail at the following address:

James Vecchione
P.O. Box 2725
Durham, NC 27705


s/ Pearlynn G. Houck
Pearlynn G. Houck
N.C. State Bar. No. 36364
phouck@rbh.com